NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SABER INTERACTIVE INCORPORATED, NKA S3D INTERACTIVE, INC.,**
*Appellant*

**v.**

**OOVEE LTD,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

_____

2021-2046

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91248894.

_____

**ON MOTION**

_____

PER CURIAM.

2          SABER INTERACTIVE INCORPORATED v. OOVEE LTD

## O R D E R

Appellant moves to voluntarily dismiss its appeal with prejudice and that "each party shall bear their own costs and attorneys' fees."  In response, appellee "does not contest the withdrawal of the appeal and resultant cancellation of oral argument" but argues that the dismissal should be conditioned on an award of fees for the appeal due to appellant's "delay tactics" and "vexatious litigation practice."

Upon consideration thereof,

IT IS ORDERED THAT:

The court has sua sponte determined that the award of attorneys' fees and costs is not appropriate.  The appeal is dismissed with prejudice, and the oral argument scheduled for May 4, 2022, is cancelled.

FOR THE COURT

May 3, 2022                    /s/ Peter R. Marksteiner
    Date                       Peter R. Marksteiner
                               Clerk of Court

ISSUED AS A MANDATE: May 3, 2022